# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**64**

**OP 14-01191**

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, CARNI, AND WHALEN, JJ.

---

IN THE MATTER OF AMIL DINSIO, PETITIONER,

                V                      MEMORANDUM AND ORDER

SUPREME COURT, APPELLATE DIVISION, THIRD
JUDICIAL DEPARTMENT, RESPONDENT.
(PROCEEDING NO. 3.)

---

AMIL DINSIO, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Third Judicial Department and transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Appellate Division of the Supreme Court in the Third Judicial Department entered June 20, 2014).

It is hereby ORDERED that said petition is unanimously dismissed without costs.

Same Memorandum as in *Matter of Dinsio v Supreme Court, Appellate Div., Third Judicial Dept*. ([proceeding No. 1] ___ AD3d ___ [Feb. 6, 2015]).

Entered: February 6, 2015                     Frances E. Cafarell
                                            Clerk of the Court